**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **LIVE OAK PHARMACY, Inc.** | ) | Case No. 4:26-CV-00690-MAL |
| | ) | |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| **EXPRESS SCRIPTS, INC.** | ) | |
| | ) | |
| Defendant | ) | |
| ______________________________ | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**ON MOOTNESS GROUNDS**

Plaintiff Live Oak Pharmacy, Inc. ("Plaintiff" or "Live Oak Pharmacy"), by and through its undersigned counsel, hereby files this Notice of Voluntary Dismissal and respectfully states as follows:

**1.** On or about May 1, 2026, Plaintiff filed the above-captioned action against Defendant Express Scripts, Inc. ("Defendant" or "ESI"), asserting claims for (i) breach of the Provider Manual Agreement and (ii) unjust enrichment.

**2.** Since the filing of the Complaint, the parties have engaged in good-faith discussions, and Defendant ESI has taken actions that fully resolve the disputes giving rise to this action. Specifically, subsequent events have rendered each of Plaintiff's claims moot, in that the relief sought by Plaintiff is no longer necessary or warranted.

**3.** Because the underlying controversies have been fully resolved and no live case or controversy remains between the parties, this action is moot. Accordingly, further proceedings would be improper.

**4.** Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Live Oak Pharmacy, Inc. hereby voluntarily dismisses, without prejudice, all claims asserted in the above-captioned action against Defendant Express Scripts, Inc.

**5.** Plaintiff reserves the right to reassert any and all claims, in whole or in part, should the circumstances warrant.

**6.** Plaintiff requests that the Court enter an order dismissing this action without prejudice as to any claims voluntarily dismissed herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff respectfully requests that this Honorable Court dismiss the above-captioned action, without prejudice to any claims voluntarily dismissed herein, and grant such other and further relief as the Court deems just and proper.

Date: August 18, 2026

Respectfully submitted,
/s/ Nizar A. DeWood
Nizar A. DeWood, Esq.
Texas Bar No. 24091997TX
4306 Yoakum Blvd., Suite 330
Houston, Texas 77006
Telephone: (713) 492-2274
Email: nizar@dewood-law.com
Attorney for Plaintiff
Live Oak Pharmacy, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of August, 2026, a true and correct copy of the foregoing Plaintiff's Notice of Voluntary Dismissal on Grounds of Mootness was served upon all counsel of record in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court via the Court's electronic filing system (CM/ECF), which automatically generates and transmits notice of filing to all registered users.

*/s/ Nizar A. DeWood*
Nizar A. DeWood, Esq.